## SUPREME COURT.

### The Catskill Bank agt. Sanford.

By § 428 of the code, the writ of *scire facias* is abolished, and the remedies provided by §§ 283 and 284, substituted therefor. The saving clause in § 428 relates only to proceedings by *scire facias* commenced before the code took effect, whether judgment had been rendered thereon or not.

*Columbia Special Term, June,* 1847.—The judgment was obtained in this action, in December, 1842. Sundry payments were made thereon

leaving due, as the plaintiffs contend, on the 10th March, 1849, the sum of $363.50, with interest from that day.

On the 4th May, 1849, the plaintiff's attorney issued a writ of *scire facias quare executionem non ;* which the defendant, at the late special term in Columbia county, moved to set aside, on the ground that it is a remedy abolished by the code.

M. SANFORD, *for the motion,* cited code, §§ 283, 428.

ROBERT DORLON, *contra.*

WILLARD, Justice.—The amended code took effect prior to the issuing of this *scire facias,* and must control the rights of the parties. By § 428 the writ of *scire facias* is abolished, and the remedies prescribed by the code, (§§ 283 and 284,) are substituted. The saving clause in § 428 relates only to proceedings by *scire facias* commenced before the code took effect, whether judgment had been rendered therein or not. The motion contemplated by § 284 renders a *scire facias* unnecessary, and is a more simple and less expensive remedy. I will set aside the *scire facias* for irregularity, but without costs and without prejudice.